UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALLIED PILOTS ASSOCIATION, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00315-O |
| | § | |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
|    Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued according to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

2. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order granting Defendant's Motion to Dismiss, to the parties.

**SO ORDERED** on this **20th day** of **May, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE